IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

GBOLAHAN R. A. EYIOWUAWI,          )
                                   )
                Plaintiff,         )
                                   )
     v.                            )    No.  07 C 4603
                                   )
McCOY SECURITY INC.,               )
                                   )
                Defendant.         )

                       MEMORANDUM ORDER

     Gbolahan Eyiowuawi ("Eyiowuawi") has submitted a self-prepared Complaint, purportedly under Title VII, charging his ex-employer McCoy Security Inc. ("McCoy") with employment discrimination, with his Charge of Discrimination and EEOC's right-to-sue letter being attached to the Complaint and with an In Forma Pauperis Application ("Application") and Motion for Appointment of Counsel ("Motion") accompanying those documents. Although the Application sufficiently reflects Eyiowuawi's inability to pay the $350 filing fee, this Court cannot grant Eyiowuawi leave to proceed on the present record.

     All of Eyiowuawi's allegations really ascribe an anti-union animus to McCoy, asserting that the purported basis for his firing was really a cover story for McCoy's unhappiness with his outspoken union activism (Complaint ¶7). Nothing in his Complaint even hints at discrimination that was attributable to Eyiowuawi's Nigerian national origin, even though that was the assertion in his Charge of Discrimination.

Under the circumstances this Court declines to grant Eyiowuawi leave to proceed in forma pauperis, at least for the present.[1] Unless Eyiowuawi cures the main defect identified here by a filing delivered to the Clerk's Office on or before August 27, 2007, explaining the respect in which McCoy assertedly engaged in national-origin-based discrimination, this Court will be constrained to enter a further order denying leave to proceed in forma pauperis and dismissing both the Complaint and this action.

                                                                _____
                                                                Milton I. Shadur
                                                                Senior United States District Judge

Date:  August 17, 2007

---

[1] If that were hereafter to result in a final denial, it would necessarily also carry with it a denial of the Motion, though in that respect this Court additionally points out that Eyiowuawi has not filled in the most important information called for in the Motion form: an answer to its paragraph 2, calling for him to describe whatever attempts he has made to retain counsel on his own.