*JH*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GBOLAHAN R. A. EYIOWUAWI,           )
                                     )
                Plaintiff,           )
                                     )
      v.                             )     No.  07 C 4603
                                     )
McCOY SECURITY INC.,                 )
                                     )
                Defendant.           )

MEMORANDUM ORDER

This Court's August 17, 2007 memorandum order ("Order")

directed pro se plaintiff Gbolahan Eyiowuawi ("Eyiowuawi") to

flesh out his claim of employment discrimination attributable to

his Nigerian national origin, the asserted cause for his

termination by his ex-employer McCoy Security, Inc. ("McCoy").

Eyiowuawi has now submitted a self-prepared document captioned

"Response to Memorandum Order," accompanied by what he has

labeled as his "Amendment Complaint" ("AC").  When viewed through

the generous lens prescribed for pro se pleadings by Haines v.

Kerner, 404 U.S. 519, 520-21 (1972)(per curiam), that new filing

suffices to keep Eyiowuawi in court, so that his previously-filed

In Forma Pauperis Application is granted.[1]

_____

[1]  Although the AC continues to advance a melange of other
assertedly improper conduct on McCoy's part, Eyiowuawi's EEOC
Charge of Discrimination was limited to the national origin claim
(Eyiowuawi is Nigerian, and he asserts in his new AC ¶13 that he
"was subjected to less favorable terms and condition of
employment than were African-American whose attendance were
unacceptable").  It will remain for the future to see how his
other and somewhat scattershot allegations will be dealt with.

Accordingly this Court is contemporaneously issuing its customary initial scheduling order, and it will enlist the Marshal's Service to obtain service on McCoy. But this Court reminds Eyiowuawi (as was pointed out in Order 2 n.1) that his Motion for Appointment of Counsel is incomplete, so that it must be denied in its present form. In that respect, additional copies of the Motion form are being transmitted to Eyiowuawi so that he can complete the form properly (particularly by setting out whatever efforts he has made on his own to obtain counsel to represent him) and file it, so that this Court will be enabled to act on the refiled Motion.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 28, 2007

2