IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GBOLAHAN R. A. EYIOWUAWI,         )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    No. 07 C 4603
                                  )
McCOY SECURITY INC.,              )
                                  )
            Defendant.            )

## MEMORANDUM ORDER

This Court has just received a stamped Judge's Copy of a document labeled "Defendants Answer to Complaint." But even apart from that filing's failure to comply with various provisions of the Federal Rules of Civil Procedure and with this District Court's Local Rules implementing them (perhaps understandable defects in light of the fatal flaw next referred to), it is signed by Gilbert McCoy, apparently a principal in defendant McCoy Security, Inc. That won't do, for a corporation cannot appear in court except through a lawyer (unlike the situation of an individual such as pro se plaintiff Gbolahan Eyiowuawi).

Accordingly the purported Answer is stricken from the court file. McCoy Security, Inc. is ordered to file a proper Answer through counsel on or before October 22, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 11, 2007